751 A.2d 647

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Joseph Daniel MILLER, Petitioner.**

Supreme Court of Pennsylvania.

May 3, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 3 rd day of May, 2000, the Motion for Stay and Application for Leave to File Post–Submission Communication are DENIED.